**Order entered January 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00438-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BRADLEY SHAVERS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MC19-A6636**

## ORDER

Appellee's fourth motion for extension of time to file appellee's brief is **GRANTED** and we **ORDER** the brief received with the motion on January 20, 2023, filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE